WENDY MEDURA KRINCEK, ESQ., Bar No. 06417
KELSEY E. STEGALL, ESQ., Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kstegall@littler.com

Attorneys for Defendants
HOMEGOODS, INC. and THE TJX COMPANIES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA KENNEDY,<br><br>         Plaintiff,<br><br>vs.<br><br>HOMEGOODS, INC., TJX COMPANIES, INC., and DOES 1-50, inclusive,<br><br>         Defendants. | Case No. 2:20-cv-00243-KJD-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff RHONDA KENNEDY ("Plaintiff"), by and through her attorney of record, Theresa M. Santos, Esq. of Watkins & Letofsky, LLP, and Defendants HOMEGOODS, INC. and TJX COMPANIES, INC. (collectively "Defendants"), by and through their attorneys of record, Littler Mendelson, hereby stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint for seven (7) days from the current deadline of April 13, 2020, up to and including **April 20, 2020.**

Pursuant to the inherent delays caused by the current COVID-19 pandemic, Defense counsel is still gathering the relevant documents in order to adequately investigate and respond to Plaintiff's allegations. This extension is necessary to provide adequate time for Defense counsel to prepare a responsive pleading.

/ / /

This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: April 10, 2020

Respectfully submitted,

/s/ *Theresa M. Santos, Esq.*
DANIEL R. WATKINS, ESQ.
THERESA M. SANTOS, ESQ.
WATKINS & LETOFSKY, LLP

Attorney for Plaintiff

Dated: April 10, 2020

Respectfully submitted,

WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
HOMEGOODS, INC. and TJX COMPANIES, INC.

**IT IS SO ORDERED.**

Dated this __13th__ day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4822-8145-1449.1 053070.1294