WENDY MEDURA KRINCEK, ESQ., Bar No. 06417
KELSEY E. STEGALL, ESQ., Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: wkrincek@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
HOMEGOODS, INC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA KENNEDY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HOMEGOODS, INC.,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00243-KJD-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE SETTLEMENT DOCUMENTS AND REQUEST TO RESCHEDULE STATUS HEARING**<br><br>**[FIRST REQUEST]** |

Plaintiff RHONDA KENNEDY ("Plaintiff"), by and through her attorneys of record, Watkins & Letofsky, LLP, and Defendant HOMEGOODS, INC. ("Defendant"), by and through their attorneys of record, Littler Mendelson, hereby stipulate to extend the time for Defendant to file settlement documents and reschedule the status hearing currently set on September 4, 2020, (ECF No. 31).

The parties are currently finalizing the settlement and need additional time beyond September 4, 2020, to do so.  As such, the parties request an extension of thirty (30) days, no earlier than October 5, 2020, to hold a telephonic status conference in this regard.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time to file settlement documents and reschedule the status hearing. This request is made in good faith and not for the purpose of delay.

Dated: September 3, 2020

Dated: August September 3, 2020

Respectfully submitted,

Respectfully submitted,

*/s/ Daniel R. Watikins, Esq.*
DANIEL R. WATKINS, ESQ.
THERESA M. SANTOS, ESQ.
WATKINS & LETOFSKY, LLP

Attorney for Plaintiff
RHONDA KENNEDY

*/s/ Kelsey E. Stegall, Esq.*
WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
HOMEGOODS, INC.

**IT IS SO ORDERED.**

Dated this 3rd day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4812-8992-0457.2

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.